# EXHIBIT A

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Harold Arlen Trust (50%) | | |
| | *Get Happy* | EU9414 |
| | | EP13654 |
| | *Hittin' The Bottle* | EP16725 |
| | *Kickin' The Gong Around* | EP27118 |
| | *Minnie The Moocher's Weddin' Day* | EP30542 |
| | *One Step-Two Step* | EU598724 |
| | *Sweet and Hot* | EP20028 |
| | *The Devil and the Deep Blue Sea* | EP26940 |
| | *You Gave Me Ev'rything But Love* | EP29949 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (33.33%) | | |
| | *Fun To Be Fooled* | EU87483 |
| | | EP43380 |
| SA Music, LLC (40%) | | |
| | *It's Only A Paper Moon* | EP38448 |
| SA Music, LLC (50%) | | |
| | *A Sleepin' Bee* | EU365644 |
| | | EP85604 |
| | *Any Place I Hang My Hat Is Home* | EP1895 |
| | | EU9510 |
| | *As Long As I Live* | EP41239 |
| | *Buds Won't Bud* | EP65038 |
| | *Come Rain or Come Shine* | EU8647 |
| | | EP1893 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | Down With Love | EP64916 |
| | For Every Man There's A Woman | EP22138 |
| | Get Yourself A New Broom | EP36257 |
| | Happy As The Day Is Long | EP36258 |
| | Harlem Holiday | EP33238 |
| | Hooray For Love | EP21772 |
| | House of Flowers | EU365645 |
| | | EP85137 |
| | I Gotta Right To Sing The Blues | EP32581 |
| | I Never Has Seen Snow | EP85135 |
| | | EU366662 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *I've Got the World on a String* | EP33239 |
| | *Ill Wind* | EP41237 |
| | *It Was Written In The Stars* | EP22137 |
| | *Man In My Life* | EP135091 |
| | *Petticoat High* | EU598718 |
| | *Right as the Rain* | EP125069 |
| | *Saratoga* | EP135094 |
| | *Stormy Weather* | EP35998 |
| | *The Eagle and Me* | EP125071 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *Two Ladies in the Shade of De Banana Tree* | |
| | | EP85136 |
| | | EU366663 |
| | *What Good Does It Do?* | |
| | | EU486605 |
| | | EP112618 |
| | *What's Good About Goodbye?* | |
| | | EP22135 |