1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

SA MUSIC, LLC et al.,

CASE NO. 2:20-cv-00105-RAJ-JRC

11

Plaintiffs,

12

v.

ORDER GRANTING STIPULATED
MOTION TO REVISE BRIEFING
SCHEDULE

13

AMAZON.COM, INC. et al.,

14

Defendants.

15

16       This matter has been referred to the undersigned by the District Court (*see* Dkt. 30) and is

17   before the undersigned on plaintiffs and defendants Amazon Digital Services, LLC and

18   Amazon.com Inc.'s (collectively "Amazon") stipulated motion to a revised briefing schedule.

19   *See* Dkt. 29.

20       On April 7, 2020, Amazon filed a motion to dismiss.  *See* Dkt. 22.  On April 23, 2020,

21   plaintiffs and Amazon stipulated to the following revised briefing schedule:

22       (1) Plaintiffs shall oppose Amazon's motion or amend their complaint on or before

23           Monday, May 11, 2020.

24

1       (2)  Amazon's reply in support of its motion is due Monday, May 25, 2020.

2       (3)  The noting date for Amazon's motion shall be Friday, May 29, 2020.

3       The parties' stipulated motion to a revised briefing schedule (Dkt. 29) is hereby

4  GRANTED.

5       The Clerk's office is directed to re-note May 29, 2020, as the noting date for Amazon's

6  motion to dismiss.  Dkt. 22.

7       Dated this 5th day of May, 2020.

8

9

10

11  J. Richard Creatura
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION TO
REVISED BRIEFING SCHEDULE - 2