HON. BRIAN A. TSUCHDA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., et al.<br><br>                    Defendant. | Case No. 20-cv-0105-BAT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

The undersigned counsel for Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva, and for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Valleyarm Distribution Ltd. hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

STIPULATED MOTION
Case No. 20-cv-0105-BAT

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

1

Dated: May 9, 2021

Respectfully submitted,

| | |
|---|---|
| s/ Philip P. Mann<br>Philip P. Mann, WSBA No: 28860<br>MANN LAW GROUP PLLC<br>1420 Fifth Avenue, Suite 2200<br>Seattle, Washington 98101<br>Phone: (206) 436-0900<br>E-mail: phil@mannlawgroup.com | s/ Eric J. Weiss<br>Eric J. Weiss, WSBA No. 44807<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Phone: 206.359.8000<br>Email: eweiss@perkinscoie.com |
| Matthew F. Schwartz  * *Pro Hac Vice*<br>Brian S. Levenson  * *Pro Hac Vice*<br>SCHWARTZ, PONTERIO & LEVENSON, PLLC<br>134 West 29th Street - Suite 1001<br>New York, New York 10001<br>Phone: (212) 714-1200<br>E-mail: mschwartz@splaw.us<br>E-mail: blevenson@splaw.us | Kenneth L. Steinthal * *Pro Hac Vice*<br>Jason Blake Cunningham * *Pro Hac Vice*<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Phone: 415.318.1200<br>Email: ksteinthal@kslaw.com<br>Email: bcunningham@kslaw.com |
| Oren S. Giskan * *Pro Hac Vice*<br>GISKAN SOLOTAROFF & ANDERSON LLP<br>90 Broad Street, 10th Floor<br>New York, New York 10004<br>Phone: (212) 847-8315<br>E-mail: ogiskan@gslawny.com | Attorneys for Defendants Amazon.com, Inc., and Amazon.com Services LLC |
| *Attorneys for Plaintiffs* | s/ Rachel J. Horvitz<br>Rachel J. Horvitz, WSBA No. 52987<br>Newman Du Wors LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>Telephone: (206) 274-2800<br>Email: rachel@newmanlaw.com |
| | Peter E. Perkowski * *Pro Hac Vice*<br>Matthew P. Kelly * *Pro Hac Vice*<br>Perkowski Legal PC<br>455 S Figueroa Street, Suite 3100<br>Los Angeles, CA 90071<br>Telephone: 310.483.3608<br>Email: peter@perkowskilegal.com<br>Email: matt@perkowskilegal.com |
| | Attorney for Defendant<br>Vallevarm Digital Limited |

STIPULATED MOTION
Case No. 20-cv-0105-BAT

2

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

**PROPOSED ORDER**

Pursuant to the parties' stipulation, it is so ordered that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
Case No. 20-cv-0105-BAT

3

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

Presented by:
*s/ Philip P. Mann*, Attorney for Plaintiffs
*s/ Eric J. Weiss*, Attorney for Amazon.com, Inc., and Amazon.com Services LLC
*s/ Rachel J. Horvitz,* Attorney for Valleyarm Distribution Ltd.

STIPULATED MOTION
Case No. 20-cv-0105-BAT

4

**MANN LAW GROUP PLLC**
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900