1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SA MUSIC, LLC, et al., | No. 2:20-cv-00105-BAT (Arlen Docket) |
| Plaintiffs, | |
| v. | No. 2:20-cv-00106-BAT (Henderson Docket) |
| AMAZON.COM, INC. et al. | No. 2:20-cv-00107-BAT (Warren Docket) |
| Defendants. | |

RAY HENDERSON MUSIC CO., INC.,                **ORDER OF DISMISSAL**

          Plaintiff,

   v.

AMAZON.COM, INC., et al.

          Defendants.

FOUR JAYS MUSIC COMPANY, et al.

          Plaintiffs,

   v.

AMAZON.COM, INC., et al.

          Defendants.

ORDER OF DISMISSAL
(Nos. 2:20-cv-00105, 00106, 00107-BAT) – 1

1

2          Pursuant to the Stipulation of Plaintiffs SA Music, LLC; William Kolbert, as Trustee of

3    the Harold Arlen Trust; Ray Henderson Music Company; Four Jays Music Company; and Julia

4    Riva (collectively, "Plaintiffs") and Defendants Amazon.com, Inc.; Amazon.com Services LLC;

5    and Valleyarm Digital Limited (collectively, "Defendants") (Arlen Action, Dkt. 80; Henderson

6    Action, Dkt. 76; Warren Action, Dkt. 76), these actions (2:20-cv-00105-BAT; 2:20-cv-00106-

7    BAT; 2:20-cv-00107-BAT) are **dismissed with prejudice** as to all claims, causes of action, and

8    parties, with each party bearing that party's own attorney's fees and costs.

9          DATED this 14th day of June, 2021.

10

11                                                    _____

12                                                    BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL
(Nos. 2:20-cv-00105, 00106, 00107-BAT) – 2