1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>AMAZON.COM, INC. et al.<br><br>              Defendants. | No. 2:20-cv-00105-BAT<br>(Arlen Docket)<br><br>No. 2:20-cv-00106-BAT<br>(Henderson Docket)<br><br>No. 2:20-cv-00107-BAT<br>(Warren Docket) |
| RAY HENDERSON MUSIC CO., INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC., et al.<br><br>              Defendants. | **JUDGMENT IN A CIVIL CASE** |
| FOUR JAYS MUSIC COMPANY, et al.<br><br>              Plaintiffs,<br><br>      v.<br><br>AMAZON.COM, INC., et al.<br><br>              Defendants. | |

JUDGMENT IN A CIVIL CASE
(Nos. 2:20-cv-00105, 00106, 00107-BAT) – 1

1
2      ____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

3       X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.
4

5    THE COURT HAS **ORDERED** THAT:

6
7        These actions (2:20-cv-00105-BAT; 2:20-cv-00106-BAT; 2:20-cv-00107-BAT) are **dismissed with prejudice** as to all claims, causes of action, and parties, with each party bearing
8    that party's own attorney's fees and costs.

9        Dated this 14th day of June, 2021.
10

11                                                          WILLIAM M. MCCOOL
12                                                          Clerk of Court

13                                                          *s/ A. Quach*
14                                                          Deputy Clerk

15

16

17

18

19

20

21

22

23

24

25

26

JUDGMENT IN A CIVIL CASE
(Nos. 2:20-cv-00105, 00106, 00107-BAT) – 2